IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Judge John L. Kane

Criminal Action No. **14-cr-00073-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**1. JESSE DALE GARIS,**

    Defendant.

**ORDER**

Kane, J.

This matter is currently before me on Defendant's Unopposed Motion to Exclude Time Within Which Trial Must Commence (doc. 48). Defendant's counsel asserts that he has been recently retained, and he needs additional time to evaluate evidence and prepare substantive arguments so that he may adequately represent his client.

In determining whether to grant an ends-of-justice continuance, I must balance four factors: "(1) the length of the delay; (2) the reason for the delay; (3) the defendant's assertion of his right; and (4) any prejudice to the defendant." *U.S. v. Toombs*, 574 F.3d 1262, 1274 (10th Cir. 2004). I find that failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *United States v. Gonzales*, 137 F.3d 1431, 1435 (10th Cir. 1998). Furthermore, the length of the requested continuance is not prohibitively long, and the continuance requested by Defendant would not result in any prejudice to him. Although the interest of Defendant and the public in a

speedy trial is significant, I find that it is outweighed by the ends of justice served by granting the requested continuance.  *See* 18 U.S.C. § 3161(h)(7)(a).

Accordingly, Defendant's motion is GRANTED, and it is ORDERED that an additional twenty-one (21) days are excluded from the Speedy Trial Deadline.  Counsel shall contact my chambers the week of January 5, 2015, to re-schedule a date for the pending Motions Hearing.

Dated: January 2, 2015                           BY THE COURT:

**/s/John L. Kane**
Senior U.S. District Judge