**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

Date: June 15, 2015                             Courtroom Deputy: Bernique Abiakam
                                                Court Reporter: Mary George

Criminal Action No.: 14-cr-00073-JLK

*Parties:*                                      *Counsel:*

UNITED STATES OF AMERICA,                       Jeremy S. Sibert

    Plaintiff,

v.

JESSE DALE GARIS,                               Adam M. Tucker

    Defendant.

## CHANGE OF PLEA MINUTES

**9:40 a.m.     Court in session**.

Court calls case.  Counsel present.  Defendant present in custody.

Preliminary remarks by the Court.

Comments by the Government and Defense Counsel.

Defendant sworn and answers questions asked by the Court.

**EXHIBITS:**  Court Exhibit 1 - Plea Agreement;  Court Exhibit 2 - Statement by Defendant in Advance of Plea of Guilty.

Defendant advised of the maximum penalties.

Defendant's right to trial to jury and other constitutional rights are explained.

Defendant pleads guilty to Counts One and Three of the Indictment.

*14-cr-00073-JLK*
*Motions Hearing*
*June 15, 2015*

**ORDERED:** **Government's Oral Motion To Dismiss Count Two of the Indictment is GRANTED.**

**ORDERED:** Motion for Disclosure Pursuant to Rules 404(B) and 609, Federal Rules of Evidence (Filed 7/7/14; Doc. No. 22) is DENIED as MOOT.

**ORDERED:** Motion To Disclose and Produce *Brady* (Exculpatory) Material (Filed 7/7/14; Doc. 23) is DENIED as MOOT.

**ORDERED:** Request For Notice of Intent To Call Expert Witnesses and Discovery Pursuant To Rules 702, 703, or 705, F.R.E., and 16(a)(1)(D) and (E), Fed.R.Crim.P.16 (Filed 7/7/14; Doc. No. 24) is DENIED as MOOT.

**ORDERED:** Motion For Early Disclosure Of Jencks Material (Filed 7/7/14; Doc. No. 25) is DENIED as MOOT.

**ORDERED:** Motion To Suppress Statements and Any Further Evidence Obtained Due To Illegal And Unconstitutional Governmental Conduct (Filed 7/7/14; Doc. No. 26) is DENIED as MOOT.

**ORDERED:** Motion To Suppress Evidence (Filed 7/7/14; Doc. No. 27) is DENIED as MOOT.

**ORDERED:** Defendant Garis' Motion For Relief From Prejudicial Joinder of Offenses (Filed 7/7/14; Doc. No. 28) is DENIED as MOOT.

**ORDERED:** Government's Motion For Protective Order For Jencks Act and Rule 16 Material (Filed 11/6/14; Doc. No. 38) is DENIED as MOOT.

The Court **accept**s the plea of guilty.

Defendant is re-arraigned.

**ORDERED:** Probation department shall conduct a presentence investigation and submit a presentence report as required by Fed.R.Crim.P.32.

**ORDERED: Sentencing is set for September 10, 2015 at 10:00 a.m.**

**ORDERED**:  Defendant is remanded to the custody of the United States Marshal.

**10:01 a.m.   Court in recess.**
**Hearing concluded**.
Total in-court time: 21 minutes.